# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**880**

**KA 12-00135**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

SHAUDADE O. LUKE, ALSO KNOWN AS "SHY",
DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (LINDA M. CAMPBELL OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County (Daniel J. Doyle, J.), rendered September 26, 2011. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on March 3, 2015 and by the attorneys for the parties on January 15, 2015 and in March, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  July 2, 2015                          Frances E. Cafarell
                                                Clerk of the Court